IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:12-CR-043-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOHN ROBERT MULLEN, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay Restitution Order Pending Appeal" (Document No. 33) filed July 29, 2015. Having carefully considered the motion, and noting the Government's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay Restitution Order Pending Appeal" (Document No. 33) is **GRANTED**. The Court Orders a Stay of Collection of Restitution Pending Appeal (Appeal No. 14-4732).

**IT IS SO ORDERED**.

Signed: July 31, 2015

David C. Keesler
United States Magistrate Judge