IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-CR-00043-KDB-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN ROBERT MULLEN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se pleading which can most liberally be read as a motion for relief under the First Step Act of 2018 challenging his career offender status (Doc. No. 37)[1].

The defendant pleaded guilty to bank robbery by force or violence in violation of 18 U.S.C. § 2113(a), (Doc. No. 21: Judgment at 1). Career offender status is unaffected by the First Step Act and the defendant had several prior state felony convictions that qualified him as a career offender. The defendant is not eligible for a sentence reduction under the Act, § 404(b), (c), Pub. L. 115-135 (2018).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED** without prejudice to raise specific claims on his own.

Signed: March 3, 2020

Kenneth D. Bell
United States District Judge

---

[1] Defendant asserts that he was subject to a §851 enhancement, however the docket reveals that none was filed.